**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7259

JIMMY LAWRENCE NANCE,

                    Petitioner - Appellant,

          v.

KENNY ATKINSON, Warden,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Terry L. Wooten, Chief District
Judge.  (2:14-cv-00744-TLW)

Submitted:  December 18, 2014      Decided:  December 23, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jimmy Lawrence Nance, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Lawrence Nance, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny Nance's motion for appointment of counsel and affirm for the reasons stated by the district court. Nance v. Atkinson, No. 2:14-cv-00744-TLW (D.S.C. Aug. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED